**UNITED STATES DISTRICT COURT**

**MIDDLE DISTRICT OF LOUISIANA**

VANBERGE

                                                              CIVIL ACTION

VERSUS

                                                              19-814-SDD-SDJ

LEBLANC

**RULING**

The Court has carefully considered the Defendants' *Motion for Summary Judgment*[1]*,* the record, the law applicable to this action, and the *Report and Recommendations*[2] of United States Magistrate Judge Scott D. Johnson, dated January 15, 2021, to which no objection was filed.

The Court hereby approves the *Report and Recommendations* of the Magistrate Judge and adopts it as the Court's herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment* (Rec. Doc. 15) is hereby GRANTED and the Plaintiff's claims are dismissed, without prejudice, for failure to exhaust administrative remedies.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction in connection with any potential state law claims, and this action is hereby dismissed.

---

[1] Rec. Doc. 15.
[2] Rec. Doc. 19.

**IT IS ALSO ORDERED** that the *Motion for Temporary Restraining Order*[3] is denied

as moot.

Signed in Baton Rouge, Louisiana on <u>February 4, 2021</u>.

<u>Shelly D. Dick</u>
**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[3] Rec. Doc. 17.